RENDELL, Circuit Judge.
(Concurring Opinion).
Given the fact that the District Court concluded that gender stereotyping did occur in this case, I would not have seized upon a failure to prove gender stereotyping as our reasoning in this case. The line between discrimination based upon gender stereotyping and that based upon sexual orientation is difficult to draw and in this case some of the complained of conduct arguably fits within both rubrics. Therefore, I would have resolved this case based upon Kay’s failure to prove that his coworkers’ discriminatory acts were “pervasive and regular” under the strict standard set forth by the Supreme Court in Harris v. Forklift Systems, Inc., 510 U.S. 17, 21, 114 S.Ct. 367, 126 L.Ed.2d 295 (1993). Here, the co-workers’ discriminatory conduct was sporadic at best.